UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

CONNAUGHT CAPITAL PARTNERS LLC,   No. 05-14660

Debtor(s).
_____/

Memorandum on Motion for Order Shortening Time
_____

There may be reason to consider a motion to convert this case on shortened time. The court is concerned that there may be no possibility of successfully reorganizing this debtor, and recent statements in court by counsel for a principal of this debtor may foreshadow conduct which might require a trustee. However, the moving creditor has not made these concerns a basis for his request for an order shortening time. His only articulated ground for the motion is upcoming fee applications, which have not even been considered by the court. Accordingly, the court will deny his motion, without prejudice, due to lack of good cause. Any party may submit an appropriate form of order.

Dated: August 18, 2006

Alan Jaroslovsky
U.S. Bankruptcy Judge